# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE ANNE EKIZIAN,<br>　　　Plaintiff,<br>　　　v.<br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br>　　　Defendant. | 1:23-cv-01406-JLT-GSA<br><br>**ORDER OF REMAND AND DIRECTING ENTRY OF JUDGMENT**<br><br>**(Doc. 11)** |

As stipulated (Doc. 11), this case is **remanded** to the Commissioner for further proceedings per 42 U.S.C. 405(g) sentence four.  Judgment is **directed** for Plaintiff.

IT IS SO ORDERED.

Dated:　**November 17, 2023**　　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE